FILED
August 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002851404

3

JaVonne M. Phillips, Esq., SBN 187474
Brielyn Sesko, Esq., SBN 241596
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Aurora Loan Services, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-34814 |
| | ) |
| Matthew David Danielson, | ) DC No.: BRI-1 |
| Stefani Danielson, | ) |
| | ) Chapter 7 |
| Debtors. | ) |
| | ) |
| Aurora Loan Services, LLC, its assignees and/or successors, | ) **NOTICE OF MOTION FOR** |
| | ) **RELIEF FROM AUTOMATIC** |
| | ) **STAY** |
| Secured Creditor, | ) |
| v. | ) |
| | ) |
| Matthew David Danielson, Stefani Danielson, Debtors; and Susan Didriksen, Chapter 7 Trustee, | ) Date: 09/20/2010 |
| | ) Time: 9:00 AM |
| | ) Ctrm: 28, 7th |
| | ) Place: 501 I Street |
| | )         Sacramento, CA |
| Respondents. | ) |
| | ) Judge: Michael S. McManus |

TO: Debtors, Matthew David Danielson and Stefani Danielson; Chapter 7 Trustee, Susan Didriksen; Debtors' Attorney of Record; Scott A. CoBen ; and Other Interested Parties:

NOTICE IS HEREBY GIVEN that on the above date and time, in the Court located at 501 I Street, Sacramento, California, Movant herein will move this Court for an Order granting relief from the automatic stay on the grounds set forth in the Motion For Relief From the Automatic Stay.

Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion. The written response must be served upon following parties at the listed addresses:

COUNSEL FOR MOVANT
Brielyn Sesko, Esq.
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92010

TRUSTEE
Susan Didriksen
P.O. Box 1460
Shingle Springs, CA 95682

COUNSEL FOR DEBTORS
Scott A. CoBen
1214 F Street
Sacramento, CA 95814

DEBTORS
Matthew David Danielson
8038 Bester Court
Sacramento, CA 95829

///

///

| | |
|---|---|
| 1 | Stefani Danielson |
| 2 | 8038 Bester Court |
| | Sacramento, CA 95829 |
| 3 | |
| 4 | |
| 5 | Dated: August 13, 2010            McCarthy & Holthus, LLP |
| 6 | |
| 7 |                                      By: /s/ Brielyn Sesko |
| 8 |                                           Brielyn Sesko, Esq. |
| |                                           Attorney for Secured Creditor |
| 9 |                                           Aurora Loan Services, LLC, its assignees |
| |                                           and/or successors |
| 10 | |