```
                                          FILED
                                      August 13, 2010
                                  CLERK, U.S. BANKRUPTCY COURT
                                  EASTERN DISTRICT OF CALIFORNIA

                                          0002851408
```

# RELIEF FROM STAY INFORMATION SHEET

## * * * * SEE IMPORTANT INSTRUCTIONS ON REVERSE * * * *
**PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION**

**DEBTORS:** Matthew David Danielson and Stefani Danielson
**CASE NO.** 10-34814

**MOVANT:** Aurora Loan Services, LLC, its assignees and/or successors
**DC NO.** BRI-1

**HEARING DATE/TIME:** 09/20/2010 at 9:00 AM

**RELIEF IS SOUGHT AS TO (X) REAL PROPERTY ( ) PERSONAL PROPERTY ( ) STATE COURT LITIGATION**

1. Address OR description of property or state court action 8038 Bester Court Sacramento, CA 95829

2. Movant's trust deed is a (X) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
   OR
   Leased property is ( ) Residential ( ) Non-residential  Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? NONE   Movant's valuation of property: $235,000.00

4. The following amounts are presently owing to Movant for:

| PRINCIPAL | INTEREST | ARREARS/COSTS | TOTAL |
|---|---|---|---|
| $355,999.33 | $ | $5,622.83 | $ 361,622.16 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary:

   USAA Federal Savings Bank (2nd)         $    90,503.00

FOR COURT USE ONLY
Note date:_____
Note amount:_____
Note payment:_____

TOTAL ALL LIENS  $    452,125.16
DEBTORS' EQUITY  $    (217,125.16)

FOR COURT USE ONLY

6. Monthly payment is $ 1,212.61 , of which _____ is for impound account. Monthly late charge is _____ .
7. The last payment by debtors was received on 05/20/10 and was applied to the payment due 05/01/10.
8. Number/Amount of payments past due:  (a) Pre-petition 1/$1,880.11 (b) Post-petition 2/$2,425.22
9. Notice of Default was recorded on  NONE   . Notice of sale published on  NONE  .
10. Grounds for seeking relief (check as applicable):  (X) Cause  (X) Inadequate protection  (X) Lack of equity  ( ) Lack of insurance  ( ) Bad faith  ( ) Other _____
11. For each ground checked above furnish a brief supporting statement in the space below:

Debtors have failed to make regular monthly mortgage payments for the months of 06/01/10 through 08/01/10. Further, after deducting all liens, there is no equity in the property.

# INSTRUCTIONS

TO EXPEDITE THE HANDLING OF MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY, THE INFORMATION SHEET ON THE REVERSE SHALL BE COMPLETED BY THE MOVING PARTY PURSUANT TO THE INSTRUCTIONS BELOW. *EXCEPT FOR UNUSUAL CIRCUMSTANCES, MOTIONS FOR RELIEF FROM STAY WILL NOT BE CONSIDERED BY THE COURT UNTIL A PROPERLY COMPLETED RELIEF FROM STAY INFORMATION SHEET FORM IS FILED AND SERVED BY THE MOVING PARTY.*

1. WITH YOUR MOVING PAPERS, FILE TWO PALE YELLOW[1] COPIES OF THIS COMPLETED INFORMATION SHEET AS SEPARATE DOCUMENTS. *FAILURE TO COMPLY WITH THIS REQUIREMENT CAN RESULT IN DENIAL OF THE MOTION OR A CONTINUANCE OF THE HEARING.*

2. ITEMIZE ANY "COSTS" ENTERED ON THE INFORMATION SHEET IN THE DECLARATION FILED IN SUPPORT OF THE MOTION, WITH PRE-PETITION AND POST-PETITION COSTS SEPARATELY GROUPED.

3. IF THE MOVING PARTY IS SEEKING RELIEF FROM STAY TO PURSUE A STATE COURT ACTION, A BRIEF DESCRIPTION OF THE NATURE OF THE STATE COURT ACTION SHALL BE SET FORTH IN THE SPACE PROVIDED FOR ITEM 11.

---

[1] Please **do not use** goldenrod paper as that color does not result in a quality image when scanned in the Court's Electronic Case Files (ECF) System accessible at www.caeb.uscourts.gov.