FILED
August 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002851405

3

JaVonne M. Phillips, Esq., SBN 187474
Brielyn Sesko, Esq., 241596
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Aurora Loan Services, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-34814 |
| Matthew David Danielson, Stefani Danielson, | ) DC No.: BRI-1 |
| | ) Chapter 7 |
| Debtors. | |
| Aurora Loan Services, LLC, its assignees and/or successors, | ) **PROOF OF SERVICE** |
| Secured Creditor, | |
| v. | ) Date: 09/20/2010 |
| | ) Time: 9:00 AM |
| Matthew David Danielson, Stefani Danielson, Debtors; and Susan Didriksen, Chapter 7 Trustee, | ) Ctrm: 28, 7th |
| | ) Place: 501 I Street, Sacramento, CA |
| | ) Judge: Michael S. McManus |
| Respondents. | |

## CERTIFICATE OF SERVICE

On 8/13/2010, I served the foregoing documents described as **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY; MOTION FOR RELIEF FROM AUTOMATIC STAY; DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY; RELIEF FROM STAY COVERSHEET; EXHIBITS TO MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program and pursuant to LBR 7005-1(d)(1) and FRCivP5:

COUNSEL FOR DEBTORS
Scott A. CoBen
tcoben@pacbell.net

TRUSTEE
Susan Didriksen
didriksen1@gmail.com

**I declare under penalty of perjury in the United States of America that the foregoing is true and correct.**

/s/ Iulia Nadlacan
Iulia Nadlacan

On 8/13/2010, I served the foregoing documents described as **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY; MOTION FOR RELIEF FROM AUTOMATIC STAY; DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY; RELIEF FROM STAY COVERSHEET; EXHIBITS TO MOTION FOR RELIEF FROM AUTOMATIC STAY**, on the following individuals by depositing true copies thereof in the United States first class mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Matthew David Danielson
8038 Bester Court
Sacramento, CA 95829

///

///

Stefani Danielson
8038 Bester Court
Sacramento, CA 95829

SPECIAL NOTICE
USAA Federal Savings Bank
Attn: Managing Agent
10750 McDermott Freeway
San Antonio, TX 78288

**I declare under penalty of perjury in the United States of America that the foregoing is true and correct.**

/s/ Hue Banh
Hue Banh